1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRUDER,<br><br>                                    Plaintiff,<br><br>v.<br><br>ACTIVEPROSPECT, INC.,<br><br>                                    Defendants. | Case No.: 3:21-cv-00374-H-WVG<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**<br><br>[Doc. No. 5.] |

On March 3, 2021, Plaintiff Robert Gruder filed a complaint against Defendant ActiveProspect, Inc. (Doc. No. 1.) On May 4, 2021, Defendant filed a motion to dismiss Plaintiff's complaint. (Doc. No. 5.) On May 19, 2021, Plaintiff filed an amended complaint in lieu of responding to the motion to dismiss. (Doc. No. 6.) "A party may amend its pleading once as a matter of course . . . 21 days after service of a motion under Rule 12(b), (e), or (f). . . ." Fed. R. Civ. P. 15(a)(1)(B). Plaintiff therefore had a right to file an amended complaint without leave of the Court.

An amended complaint supersedes a prior complaint. <u>Forsyth v. Humana, Inc.</u>, 114 F.3d 1467, 1474 (9th Cir. 1997), <u>overruled on other grounds</u>, <u>Lacey v. Maricopa Cty.</u>, 693 F.3d 896, 925 (9th Cir. 2012); <u>Hal Roach Studios, Inc. v. Richard Feiner & Co.</u>, 896 F.2d 1542, 1546 (9th Cir. 1990). Therefore, where a plaintiff elects to file an amended complaint, a district court may treat an existing motion to dismiss as moot. Accordingly, the Court denies Defendant's motion to dismiss as moot and vacates the hearing scheduled for June 7, 2021. This order is without prejudice to Defendant moving to dismiss Plaintiff's amended complaint.

**IT IS SO ORDERED.**

DATED: May 19, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT